**Order entered January 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01473-CV

**PATRICK CRAWFORD, Appellant**

**V.**

**CITIMORTGAGE INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02213**

## ORDER

The Court has before it appellant's January 2, 2013 motion to extend amended appeal brief deadline. The Court **GRANTS** the motion and **ORDERS** appellant to file her amended brief within five days of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE